# Exhibit 5

U.S. Design Patent No. D841,900 S
HORSE OR PET GROOMING TOOL
Claim Chart



U.S. Design Patent No. US D841,900 S
HORSE OR PET GROOMING TOOL
Claim Chart

